# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle #100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/8/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR) - notice-efile@rodan13.com
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.go

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **3/8/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge Wayne E. Johnson**
**3420 Twelfth Street**
**Suite 384 / Courtroom 304**
**Riverside, CA 92501-3819**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **3/8/2023** | **Benjamin Heston** | **/s/Benjamin Heston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012 — Page 9 — **F 4001-1.IMPOSE.STAY.MOTION**

| | | |
|---|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>Po Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Mohela<br>Claims Department<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | SchoolsFirst Federal Credit Union<br>Po Box 11547<br>Santa Ana, CA 92711-1547 | Shellpoint Mortgage Servicing<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| The Bank of New York Mellon<br>Po Box 10826<br>Greenville, SC 29603-0826 | Trustee Corps<br>17100 Gillette Ave<br>Irvine, CA 92614-5603 | |

**CERTIFIED MAIL**

**1505 Corporation 112**
**C T Corporation System**
**Registered Agent for Service of**
**Process for The Bank Of New York Mellon**
28 Liberty Street
New York, NY 10005
Certified #7022-2410-0002-3029-2228

**Thomas P. Gibbons**
**CEO of The Bank Of New York Mellon**
240 Greenwich Street
New York, NY 10286
Certified #7022-2410-0002-3029-2235