United States Bankruptcy Court

Central District of California

In re:  
Patricia Ann Doublet  
    Debtor

Case No. 23-10896-WJ  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2  
Date Rcvd: Mar 09, 2023      Form ID: van131      Total Noticed: 10

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |
| 41454568 | Trustee Corps, 17100 Gillette Ave, Irvine, CA 92614-5603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 10 2023 00:18:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41454561 | Email/Text: itcdbg@edd.ca.gov | Mar 10 2023 00:18:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 41454562 | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 10 2023 00:18:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41454563 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41454564 | Email/Text: EBN@Mohela.com | Mar 10 2023 00:18:00 | Mohela, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41454565 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Mar 10 2023 00:18:00 | SchoolsFirst Federal Credit Union, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41454566 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2023 00:18:00 | Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |
| 41454567 | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2023 00:18:00 | The Bank of New York Mellon, Po Box 10826, Greenville, SC 29603-0826 |
| 41454568 | Email/Text: bankruptcy@trusteecorps.com | Mar 10 2023 00:18:00 | Trustee Corps, 17100 Gillette Ave, Irvine, CA 92614-5603 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 09, 2023 | Form ID: van131 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

**Name**              **Email Address**

Benjamin Heston
               on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Rod Danielson (TR)
               notice-efile@rodan13.com

United States Trustee (RS)
               ustpregion16.rs.ecf@usdoj.gov

TOTAL: 3

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF NON−ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Patricia Ann Doublet
**SSN:** xxx−xx−2961
**EIN:** N/A

4890 Huntsmen Pl
Fontana, CA 92336−0401

**BANKRUPTCY NO.** 6:23−bk−10896−WJ
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above−captioned case.

Dated: March 9, 2023

By The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van131 − nond13 10/06 rev. 04/2022)

**8 / YG**