| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Patricia Ann Doublet | CASE NO.: 6:23-bk-10896-WJ |
|---|---|
| | CHAPTER: 13 |
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/17/2023     Patricia Ann Doublet         /s/ Patricia Ann Doublet
                     Printed name of Debtor 1      Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____         _____
                  Printed name of Debtor 2           Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 73452 ROWLAND UNIFIED | | | | | | 047 | C2G | 01-31-2023 | 2949649 |
| EMPLOYEE NAME | | | EMPLOYEE ID | | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| DOUBLET, PATRICIA ANN | | | YZ5280072 | | | M / 03 | M / 05 | 00 | |
| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | | |
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | | CURRENT AMOUNT | YTD TOTALS |
| C M | REGULAR | 01-31-2023 | 10,951.55 | 16.00 | 10,951.55 | PRE-TAX REDUCTIONS | | | |
| | | | | | | STRS RED | | 1,122.53 | 1,591.01 |
| | | | | | | B/C SEL PT | | 1,034.12 | 1,034.12 |
| | | | | | | EMPLOYEE DEDUCTIONS | | | |
| | | | | | | MEDCAR DED | | 143.81 | 210.08 |
| | | | | | | FWT | | 713.20 | 871.58 |
| | | | | | | SWT | | 180.92 | 180.92 |
| | | | | | | AF-CRTIILL | | 30.70 | 30.70 |
| | | | | | | STANDARD | | 61.42 | 61.42 |
| | | | | | | CTA | | 126.11 | 126.11 |
| | | | | | | EMPLOYER CONTRIBUTIONS | | | |
| | | | | | | STRS CON | | 2,091.75 | 2,964.73 |
| | | | | | | MEDCAR CON | | 143.81 | 210.08 |
| | | | | | | SUI | | 49.59 | 72.44 |
| | | | | | | WORK COMP | | 294.60 | 417.55 |
| | | | | | | METLIFE C | | 4.10 | 4.10 |
| | | | | | | VOL VSN SI | | 16.66 | 16.66 |
| | | | | | | PMI | | 165.18 | 165.18 |
| | | | | | | ALL OTHER | | 1,501.42 | |

| ******** LEAVE BALANCES ******** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 8,794.90 | FEDERAL | 12,896.96 | GROSS PAY | 10,951.55 |
| SICK LEAVE | 8.00 | STATE | 8,794.90 | STATE | 12,896.96 | REDUCTIONS | 2,156.65 |
| AS OF DATE | 12-31-2022 | MEDI GROSS | 9,917.43 | MEDI GROSS | 14,487.97 | TAXES | 1,037.93 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 218.23 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 10,951.55 | GROSS EARN'S | 15,522.09 | NET PAY | $7,538.74 |
| DISTRICT NAME | | DISTRICT ADDRESS | | | | | |
| ROWLAND UNIFIED | | 1830 NOGALES STREET | | ROWLAND HTS, CA 91748 | | | |



| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 73452 ROWLAND UNIFIED | | | | | 047 | C2H | 02-28-2023 | 3089525 |
| EMPLOYEE NAME | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| DOUBLET, PATRICIA ANN | | | YZ5280072 | | M / 03 | M / 05 | 00 | |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| C M | REGULAR | 02-28-2023 | 10,951.55 | 19.00 | 10,951.55 |
| C M | SUB PAY | 02-28-2023 | 10,951.55 | | 225.00- |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| **PRE-TAX REDUCTIONS** | | |
| STRS RED | 23.06- | 2,690.48 |
| STRS RED | 1,122.53 | 2,690.48 |
| B/C SEL PT | 1,034.12 | 2,068.24 |
| **EMPLOYEE DEDUCTIONS** | | |
| MEDCAR DED | 140.54 | 350.62 |
| FWT | 688.97 | 1,560.55 |
| SWT | 167.59 | 348.51 |
| AF-CRTIILL | 30.70 | 61.40 |
| STANDARD | 61.42 | 122.84 |
| CTA | 126.11 | 252.22 |
| **EMPLOYER CONTRIBUTIONS** | | |
| STRS CON | 42.98- | 5,013.50 |
| STRS CON | 2,091.75 | 5,013.50 |
| MEDCAR CON | 140.54 | 350.62 |
| SUI | 48.46 | 120.90 |
| WORK COMP | 288.54 | 706.09 |
| METLIFE C | 4.10 | 8.20 |
| VOL VSN SI | 16.66 | 33.32 |
| ALL OTHER | 1,661.81 | |

| ******* LEAVE BALANCES ******* | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 8,592.96 | FEDERAL | 21,489.92 | GROSS PAY | 10,726.55 |
| SICK LEAVE | 6.00 | STATE | 8,592.96 | STATE | 21,489.92 | REDUCTIONS | 2,133.59 |
| AS OF DATE | 01-31-2023 | MEDI GROSS | 9,692.43 | MEDI GROSS | 24,180.40 | TAXES | 997.10 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 218.23 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 10,726.55 | GROSS EARN'S | 26,248.64 | NET PAY | $7,377.63 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| ROWLAND UNIFIED | 1830 NOGALES STREET | ROWLAND HTS, CA 91748 |

