United States Bankruptcy Court

Central District of California

In re:                                                    Case No. 23-10896-WJ

Patricia Ann Doublet                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FILED & ENTERED

MAR 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re: | Case No.: 6:23-bk-10896-WJ |
|---|---|
| PATRICIA ANN DOUBLET, | CHAPTER 13 |
| Debtor. | **SCHEDULING ORDER** |

- 1 -

1    Commencing in March of 2020, the outbreak of COVID-19, also known as the

2  coronavirus, spread throughout the country and the world.  The federal courts closed that month

3  and, except for a brief period of time in the summer of 2020, remained closed until April of 2021.

4  During this period of time, the courts adapted and, in various ways, employed remote technology.

5    In particular, the court has used video technology to conduct chapter 13 confirmation

6  hearings and status conferences.  It appears this process has enhanced (considerably) the

7  convenience of these matters for the parties and the court.  Therefore, the court intends to continue

8  conducting such matters by video for the foreseeable future.

9    However, for several reasons, video hearings should occur separately from other matters

10  not handled by video.  In other words, the court avoids conducting video hearings at the same time

11  as in-person hearings.  Video hearings should occur on separate days and at separate times.

12

13    Therefore, the Court hereby ORDERS as follows:

14

15    1.    The status conference set for April 26, 2023 at 1:30 p.m. is hereby continued to

16  September 18, 2023 at 1:30 p.m.  The confirmation hearing currently scheduled for May 10, 2023

17  at 2:00 p.m. is hereby continued to September 18, 2023 at 1:30 p.m.  Counsel for the debtor shall

18  file and serve a notice of the continuance no later than March 28, 2023.

19

20    2.    The meeting of creditors is currently scheduled for April 26 2023.  No later than

21  fourteen days prior to this meeting of creditors (and all future meetings of creditors), the debtor

22  shall comply with LBR 3015-1(m) and file and serve the secured debt payment history declaration

23  required in this case.  This topic is discussed in section III(L) on pages 32-35 of the procedures

24  order in this case which counsel for the debtor should review.

25

26    3.    If, after conducting the meeting of creditors, the trustee seeks dismissal of the case,

27  the trustee should file and serve a request to dismiss the case by April 28, 2023 either in the form

28  of (a) an objection to confirmation and a request to dismiss the case or (b) a motion to dismiss the

1    case.  If the trustee does so, the deadline for the debtor to respond to any request by the trustee to

2    dismiss the case filed by April 28, 2023 (whether as an objection to confirmation and a request to

3    dismiss the case or a motion to dismiss the case) is May 5, 2023.  Thereafter, the Court will review

4    the pleadings and, in most instances, rule on the motion.

5

6    　　　　4.    If the case is not dismissed after the meeting of creditors, then the following

7    procedures apply:

8    　　　　　　(a)    The trustee or any other party may file a motion to dismiss at any time or

9    　　　　any other motions and the deadline for the debtor to respond to such motions shall be

10   　　　　governed by the local rules.

11   　　　　　　(b)    If the debtor owns the current residence where the debtor lives, the debtor

12   　　　　should file (no later than August 28, 2023) a secured debt payment history declaration

13   　　　　demonstrating that the debtor has made all monthly post-petition mortgage payments from

14   　　　　the petition date through September 2023.  If the debtor owns the residence but it is not

15   　　　　subject to any mortgage, the declaration can be very short (i.e. a sentence or two) that

16   　　　　simply states as much.  If the debtor resides at property the debtor does not own, the debtor

17   　　　　should file (no later than August 28, 2023) a declaration demonstrating that the debtor has

18   　　　　made all monthly post-petition rent payments (with proof attached).[1]

19   　　　　　　(c)    If the trustee supports confirmation then, after the debtor files the required

20   　　　　pleading, the chapter 13 trustee should file, no later than September 5, 2023, a pleading

21   　　　　stating as much and attach a worksheet with the proposed terms of confirmation.  If the

22   　　　　chapter 13 trustee does not support confirmation then, no later than September 5, 2023, the

23   　　　　trustee should file a motion requesting dismissal which states all grounds for dismissal and

24   　　　　includes a declaration in support of the motion.  If the debtor has not made all post-petition

25   　　　　mortgage or rent payments for all post-petition months, the trustee normally requests

26   　　　　dismissal of the case.  If, for any reason, the trustee does not do so, the proposed terms of

27

28   　　　　[1] With respect to rent payments, in nearly all instances, post-petition obligations of assumed executory
contracts or unexpired leases constitute administrative claims which must be paid in full pursuant to section 1322(a)(2).

confirmation must (a) include provisions to cure all post-petition arrearages (as well as any

pre-petition arrearage) and (b) provide for conduit payments for the monthly payments for

the rest of the case.

(d)     The deadline for the debtor to respond to the trustee's pleading is

September 11, 2023.  If the trustee seeks dismissal, the debtor should file an opposition

brief to the dismissal motion no later than September 11, 2023.  If the trustee recommends

confirmation, the debtor should state whether the debtor agrees with the terms of

confirmation proposed by the trustee.

(e)     The Court will review the pleadings and may issue a ruling without holding

hearings on September 18, 2023 that (a) continues the matter, (b) dismisses the case or

(c) grants other relief depending on various factors including, but not limited to, whether or

not an agreement exists regarding confirmation, and whether or not the debtor has timely

made payments and provided documents to the trustee during the case.  If no order is

entered prior to September 18, 2023, all parties should check the Court's posted calendar

the day before September 18, 2023.

IT IS SO ORDERED.

###

Date: March 21, 2023

Wayne Johnson
United States Bankruptcy Judge

- 4 -