Kristin A. Zilberstein, Esq. (SBN 200041)
PADGETT LAW GROUP
5501 LBJ Freeway, Suite 925
Dallas, Texas 75240
(850) 422-2520 Office, Ext. 7130
(850) 422-2567 Fax
Kris.Zilberstein@Padgettlawgroup.com

Attorney for Secured Creditor
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-BC4, its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In Re: | CASE NO.:  6:23-bk-10896-WJ |
| PATRICIA ANN DOUBLET | CHAPTER 13 |
| Debtor (s). | **OBJECTION TO CHAPTER 13 PLAN** |
| | Date: 09/18/2023 |
| | Time: 1:30 PM |
| | Courtroom: 304 |
| | Location: 3420 Twelfth St., Riverside, CA 92501 |
| | Judge: Wayne E. Johnson |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-BC4, its successors and/or assignees, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Patricia Ann Doublet.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on August 1, 2034 and is secured by a Deed of Trust on the subject property commonly known as 12615 Cathy Street, Los Angeles, CA 91342-3333. As of March 8, 2023, the approximate amount in default was $96,854.93, as will be described in a Proof of Claim; Secured Creditor files this Objection to protect its interests.

## ARGUMENT

Under 11 U.S.C. §1325, the provisions for plan confirmation in a Chapter 13 have been set. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed.

### A. IMPERMISSIBLY MODIFIES SECURED CREDITOR'S RIGHTS

Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is debtor's principal residence is impermissible. The proposed Plan does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtor exceed a reasonable arrangement in light of Debtor's past non-payment history. Debtor alleges in the Plan that the arrears owed to Secured Creditor are in the amount of $88,000.00 while in fact the actual arrears owed are in the amount of $96,854.93. To cure the pre-petition arrearages of $96,854.93 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $1,614.25 per month from the Debtor through the Plan. Debtor's Plan provides for payments to the Trustee in the amount of $1,725.00 per month for 60 months. Debtor has not provided sufficient funds to cure the arrears

over the term of the Plan within 60 months. Therefore, the Plan is not feasible.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied,

2. For attorneys' fees and costs herein, and

3. For such other relief as this Court deems proper.

Dated: March 29, 2023                /s/ Kristin A. Zilberstein

Kristin A. Zilberstein, Esq.
Counsel for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-BC4, its successors and/or assignees

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6267 Old Water Oak Road, Ste 203
Tallahassee, FL 32312

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CHAPTER 13 PLAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/29/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel - Benjamin R Heston- docs@hestonlaw.com
Trustee- Rod Danielson (TR)- notice-efile@rodan13.com
United States Trustee (RS)- ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/29/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor

Patricia Ann Doublet- 4890 Huntsmen Place, Fontana, CA 92336

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/29/2022 | Angelica Reyes | /s/ Angelica Reyes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.