NEXUS BANKRUPTCY
BENJAMIN R. HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: (951) 290-2827
Fax: (949) 288-2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re:

PATRICIA ANN DOUBLET,

    Debtor.

Case No.: 6:23-bk-10896-WJ

Chapter 13

**DECLARATION REGARDING SECURED DEBT PAYMENT HISTORY**

**Confirmation Hearing:**
Date: September 18, 2023
Time: 1:30 pm
Courtroom 304
3420 Twelfth Street
Riverside, CA 92501

I, Patricia Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on March 8, 2023. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The assets in this bankruptcy case include the real property located at 4890 Huntsmen Place, Fontana, CA 92336 ("Property") which I have listed on Schedule A/B with a value of $825,000. A foreclosure sale had been set for April 7, 2023, but I am not aware of any future sale date.

3. The Property is my current residence.

4. The Property is encumbered by a first deed of trust in favor of The Bank of New York.

1

a. The current principal balance owing is $362,000.

b. My monthly mortgage payment is currently $1,705.06

c. The unpaid, accrued arrearage is $96,855.

5. During each of the months listed below, I made the following payments on my first deed of trust:

| MONTH | Amounts Paid to 1st Lienholder |
|---|---|
| January 2022 | $0.00 |
| February 2022 | $0.00 |
| March 2022 | $0.00 |
| April 2022 | $0.00 |
| May 2022 | $1,791.71 |
| June 2022 | $1,704.00 |
| July 2022 | $1,791.71 (conduit) |
| August 2022 | $1,705.06 (conduit) |
| September 2022 | $1,705.06 (conduit) |
| October 2022 | $1,705.06 (conduit) |
| November 2022 | $1,705.06 (conduit) |
| December 2022 | $1,705.06 (conduit) |
| January 2023 | $1,705.06 (conduit) |
| February 2023 | $3,410.12 (conduit) |
| March 2023 | $0.00 |
| April 2023 | $1,705.06 |

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2022, my total income from all sources was $133,905.

8. In 2023, my income from all sources is $37,200 as of the date of this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Date: April 13, 2023

PATRICIA DOUBLET

**NAVY FEDERAL® Credit Union**

PO Box 3000
Merrifield, VA  22119-3000
navyfederal.org

68-7497/2560

**Cashier's Check**

Serial No.: [redacted]
Account No.: *****3696
Date: 04/03/23
Amount: $**************1705.06

Pay to the Order of: SHELLPOINT MORGAGE SERVICING

REMITTER: PATRICIA A DOUBLET

Authorized Signature

© 2014 Navy Federal NFCU C36 (6-14)