# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Wednesday, April 26, 2023**                                                                                 **Hearing Room  304**

<u>1:30 PM</u>
**6:23-10896**   Patricia Ann Doublet                                                                                **Chapter 13**

**#3.00**   Hrg re status conference regarding confirmation of the chapter 13 plan

Docket   1
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 3-21-23; CONT'D TO 9-18-23 AT 1:30 P.M.

**Matter Notes:**
  - NONE LISTED -

**Tentative Ruling:**
  - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

  Patricia Ann Doublet                              Represented By
                                                    Benjamin Heston

**Trustee(s):**

  Rod Danielson (TR)                                Pro Se