# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| Wednesday, May 10, 2023 | Hearing Room 304 |
|---|---|

**2:00 PM**

**6:23-10896    Patricia Ann Doublet**    Chapter 13

**#15.00**    Confirmation of Chapter 13 Plan

Docket    1

*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 3-21-23; CONT'D TO 9-18-23 AT 1:30 P.M.

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

| Patricia Ann Doublet | Represented By |
| | Benjamin Heston |

**Trustee(s):**

| Rod Danielson (TR) | Pro Se |