| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>PATRICIA ANN DOUBLET,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-10896-WJ<br>CHAPTER: 13<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT [PERSONAL PROPERTY]</u>

    b.  Date of filing of motion: <u>6/16/2023</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a.  Briefly specify the relief requested in the motion:

    Debtor seeks authority to incur a debt to finance the purchase of a new vehicle.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 9075-1.1.APP.SHORT.NOTICE**

    b.   Identify the parties affected by the relief requested in the motion:

        Debtor's plan will remain at 100%. Accordingly, no other parties will be affected by the Motion.

    c.   State the reasons necessitating a hearing on shortened time:

        Debtor was involved in an auto accident which caused her vehicle to be totaled. Currently, Debtor is using a rental vehicle which costs $37 per day. See attached Declaration.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 6/16/2023

Nexus Bankruptcy
Printed name of law firm

/s/Benjamin Heston
Signature of individual Movant or attorney for Movant

Benjamin Heston
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*       Page 2      **F 9075-1.1.APP.SHORT.NOTICE**

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:23-bk-10896-WJ |
| PATRICIA ANN DOUBLET, | Chapter 13 |
| Debtor. | **DECLARATION OF PATRICIA ANN DOUBLET** |

I, Patricia Ann Doublet, declare as follows:

1. I am the Debtor in this Chapter 13 bankruptcy case. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On May 18, 2023, I was involved in an unfortunate accident that rendered my current vehicle inoperable and beyond repair.

3. Subsequently, on June 7, 2023, the insurance company declared my vehicle a total loss, and they have agreed to pay off the remaining loan balance.

4. Since the accident, I have been relying on a rental car as a temporary means of transportation. However, the daily rental cost of $37 has become a significant financial burden for me.

5. In an effort to find a suitable replacement for my vehicle, my spouse and I have diligently shopped around local dealerships. We have decided that purchasing a pre-owned 2015 through 2020 SUV or minivan would best suit our family's needs.

1

6. As I navigate through my Chapter 13 plan, it is of utmost importance to me that the new car payment does not have an adverse effect on my financial stability or hinder my ability to successfully complete the plan.

7. The acquisition of a reliable vehicle is essential for my family, as it will serve as our only means of transportation. The new car will be indispensable for commuting to and from work, facilitating everyday activities such as purchasing necessities, attending medical appointments, and transporting my son to school.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 14, 2023

*/s/ Patricia A. Doublet*
PATRICIA ANN DOUBLET

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Bayview Circle #100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/16/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Rod Danielson (TR)     notice-efile@rodan13.com
   United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
   Kristin A Zilberstein     Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;
   Kris.Zilberstein@ecf.courtdrive.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 06/16/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Judge Wayne E. Johnson
   3420 Twelfth Street
   Suite 384 / Courtroom 304
   Riverside, CA 92501-3819

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/16/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

MOHELA
Claims Department
633 Spirit Drive
Chesterfield MO 63005-1243

The Bank Of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

SchoolsFirst Federal Credit Union
PO Box 11547
Santa Ana, CA 92711-1547

The Bank Of New York Mellon
dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service Centralized
Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614-5603