**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>Debtor. | Case No: 6:23-bk-10896-WJ<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON DEBTORS' MOTION FOR AUTHORITY TO INCUR DEBT [PERSONAL PROPERTY]**<br><br><u>Hearing:</u><br>Date: **July 6, 2023**<br>Time: **2:30 p.m.**<br>Courtroom: **304** |

   NOTICE IS HEREBY GIVEN that a hearing on the Debtors' Motion for Authority to Incur Debt [Personal Property], which was filed as docket number 39, has been set for hearing on July 6, 2023, at 2:30 p.m. in Courtroom 304, of the United States Bankruptcy Court for the Riverside Division located at 3420 Twelfth Street, Riverside, CA 92501.

   An opposition may be made orally at the hearing. However, as noted by the Court in the Scheduling Order entered on June 16, 2023 as docket number 41, a written opposition filed a day before the hearing is helpful.

Date: June 20, 2023

**NEXUS BANKRUPTCY**

_____
BENJAMIN HESTON,
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO CONFIRMATION AND OPPOSITION TO MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)    notice-efile@rodan13.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com; Kris.Zilberstein@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6/20/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/20/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

Judge Wayne E. Johnson
3420 Twelfth Street
Suite 384 / Courtroom 304
Riverside, CA 92501-3819

Office of The United States Trustee
Region 16, Riverside Division
3801 University Ave, Suite 720
Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/20/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

MOHELA
Claims Department
633 Spirit Drive
Chesterfield MO 63005-1243

The Bank Of New York Mellon
PO Box 10826
Greenville, SC 29603-0826

SchoolsFirst Federal Credit Union
PO Box 11547
Santa Ana, CA 92711-1547

The Bank Of New York Mellon
dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service Centralized
Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614-5603