| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>[X] Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **Chapter: 13**<br><br>Case Number: **6:23-bk-10896-WJ** |
| In re:   **PATRICIA ANN DOUBLET**<br><br><br>Debtor(s) | **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO INCUR DEBT** |

The undersigned Chapter 13 Trustee, having reviewed the Motion to Incur Debt (the "Application") filed: **6/16/2023** as docket entry number **39** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:  Purchase 2015 to 2020 SUV or minivan.

[X]  DISAPPROVAL:

TRUSTEE'S RECOMMENDATION: This motion appears to be premature.  The debtor does not have a proposed purchase and loan agreement yet.

Dated: 6/20/2023

_____
Rod Danielson, Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:133 - 06/20/2023 - BK
June 2012

F 9013-3.1.PROOF.SERVICE

| In re:  **PATRICIA ANN DOUBLET**  Debtor(s) | **Chapter: 13**  Case Number: **6:23-bk-10896-WJ** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO INCUR DEBT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On      **06/20/2023**      , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**BEN@NEXUSBK.COM**

☐ Service Information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **6/20/2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge  will be completed no later than 24 hours after the document is filed.

Debtor
PATRICIA ANN DOUBLET
4890 HUNTSMEN PL
FONTANA, CA  92336-0401

☐ Service Information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **06/20/2023** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/20/2023 | Susan Jones | _/s/ Susan Jones_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:133 - 06/20/2023 - BK
June 2012

**F 9013-3.1.PROOF.SERVICE**