**FILED & ENTERED**

**JUL 06 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>      Debtor. | Case No.: 6:23-bk-10896-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTION TO INCUR DEBT [PERSONAL PROPERTY]**<br><br>Hearing:<br>Date: July 6, 2023<br>Time: 2:30 p.m.<br>Crtrm.: 304 |

- 1 -

On July 6, 2023 at 2:30 p.m., the Court held a hearing regarding the motion of the debtor to incur debt [docket #39].  All appearances were noted on the record.

Accordingly, the Court hereby ORDERS as follows:

1.  The motion is denied without prejudice for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: July 6, 2023

Wayne Johnson
United States Bankruptcy Judge