# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Thursday, July 6, 2023**   Hearing Room   304

2:30 PM
6:23-10896   Patricia Ann Doublet   Chapter 13

#4.00   Hrg re motion for authority to incur debt [Personal Property]

Docket   39

**Matter Notes:**

PRESENT:   B. HESTON
           B. KELLY

(  )  Motion granted.

(✓)  Motion denied.

(  )  Fees And Costs Approved Pursuant To The Posted Ruling.

(  )  Vacated.  Matter is moot due to dismissal or conversion of case.

(  )  Continued to _____.

(  )  Motion withdrawn.

(  )  Prevailing party shall prepare an order.

(  )  Chambers shall prepare an order.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

| | |
|---|---|
| **Thursday, July 6, 2023** | **Hearing Room 304** |

**2:30 PM**
**CONT...**     **Patricia Ann Doublet**     **Chapter 13**

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Patricia Ann Doublet     Represented By
                                                  Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)     Pro Se