United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10896-WJ

Patricia Ann Doublet  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 1

Date Rcvd: Jul 06, 2023      Form ID: pdf042      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2004-BC4 Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**FILED & ENTERED**

**JUL 06 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PATRICIA ANN DOUBLET,<br><br>                    Debtor. | Case No.: 6:23-bk-10896-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTION TO INCUR DEBT [PERSONAL PROPERTY]**<br><br>Hearing:<br>Date:    July 6, 2023<br>Time:   2:30 p.m.<br>Crtrm.:  304 |

On July 6, 2023 at 2:30 p.m., the Court held a hearing regarding the motion of the debtor to incur debt [docket #39].  All appearances were noted on the record.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied without prejudice for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: July 6, 2023

Wayne Johnson
United States Bankruptcy Judge