United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10896-WJ

Patricia Ann Doublet  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6  User: admin  Page 1 of 2
Date Rcvd: Jul 11, 2023  Form ID: van154  Total Noticed: 12

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Patricia Ann Doublet, 4890 Huntsmen Pl, Fontana, CA 92336-0401 |
| 41538211 | The Bank of New York Mellon, as Trustee, c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: CALTAX.COM | Jul 12 2023 05:10:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41454561 | EDI: EDD.COM | Jul 12 2023 05:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, Po Box 826880, Sacramento, CA 94280-0001 |
| 41540208 | EDI: CALTAX.COM | Jul 12 2023 05:10:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41454562 | EDI: CALTAX.COM | Jul 12 2023 05:10:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41454563 | EDI: IRS.COM | Jul 12 2023 05:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41454564 | Email/Text: EBN@Mohela.com | Jul 12 2023 01:12:00 | Mohela, Claims Department, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 41454565 | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Jul 12 2023 01:12:00 | SchoolsFirst Federal Credit Union, Po Box 11547, Santa Ana, CA 92711-1547 |
| 41454566 | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2023 01:12:00 | Shellpoint Mortgage Servicing, Po Box 10826, Greenville, SC 29603-0826 |
| 41454567 | Email/Text: mtgbk@shellpointmtg.com | Jul 12 2023 01:12:00 | The Bank of New York Mellon, Po Box 10826, Greenville, SC 29603-0826 |
| 41454568 | Email/Text: bankruptcy@trusteecorps.com | Jul 12 2023 01:12:00 | Trustee Corps, 17100 Gillette Ave, Irvine, CA 92614-5603 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Jul 11, 2023 | Form ID: van154 | Total Noticed: 12

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Patricia Ann Doublet bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON Kris.Zilberstein@Padgettlawgroup.com BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Kristin A Zilberstein | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS  INC., ASSET BACKED CERTIFICATES, SERIES 2004-BC4 Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

FORM CACB van154−od13vdr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Patricia Ann Doublet

**BANKRUPTCY NO.** 6:23−bk−10896−WJ

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−2961
Employer Tax−Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 7/11/23

**Address:**
4890 Huntsmen Pl
Fontana, CA 92336−0401

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 11, 2023

BY THE COURT,

**Wayne E. Johnson**
United States Bankruptcy Judge

Form van154−od13vd Rev. 06/2017

**53 / YG**