# United States Bankruptcy Court
## Central District of California
Riverside
Wayne Johnson, Presiding
Courtroom 304 Calendar

**Monday, September 18, 2023**  **Hearing Room  304**

<u>1:30 PM</u>
**6:23-10896**  Patricia Ann Doublet  **Chapter 13**

#32.00  Confirmation of Chapter 13 Plan

FROM: 5-10-23

Docket  1
**\*\*\* VACATED \*\*\*   REASON: CASE DISMISSED 7-11-23**

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

### Party Information

**Debtor(s):**

Patricia Ann Doublet       Represented By
                           Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)         Pro Se