# United States Bankruptcy Court
## Central District of California
### Riverside
### Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Monday, September 18, 2023**                                                                 **Hearing Room    304**

---

**1:30 PM**
**6:23-10896**    **Patricia Ann Doublet**                                                                **Chapter 13**

   **#33.00**    Hrg re status conference regarding confirmation of the chapter 13 plan

        FROM: 4-26-23

                                      Docket    1
        ***  VACATED  ***    REASON: CASE DISMISSED 7-11-23

**Matter Notes:**

   - NONE LISTED -

**Tentative Ruling:**

   - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

   Patricia Ann Doublet                             Represented By
                                                   Benjamin Heston

**Trustee(s):**

   Rod Danielson (TR)                              Pro Se